IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-HC-2108-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| PAUL N. ALDRICH, | ) | |
| Respondent. | ) | |

The Court has considered Petitioner's Motion for Voluntary Dismissal and the Settlement Agreement entered into between the parties. The United States, the Respondent, and Respondent's counsel have each personally affirmed in open court that the terms and conditions of the settlement agreement have been entered and undertaken knowingly and voluntarily after having adequate opportunity to seek counsel. The Court finds as a fact that the parties knowingly and voluntarily entered into the Settlement Agreement.

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for good cause, this action as well as the underlying certification of the Respondent under the Adam Walsh Act is DISMISSED.

IT IS FURTHER ORDERED that the stay of Respondent's release from Bureau of Prisons custody is lifted, and Respondent is ordered to be released from Bureau of Prisons custody. As set out in the criminal judgment in the matter of <u>United States America v. Paul N. Aldrich</u>, in the United States District Court for the Northern District of New York, Docket No. 1:06-CR-000287-GLS, on April 24, 2007, the Respondent shall be placed on supervised release for a term of 36 months and shall abide by the special conditions of supervised release. The respondent must report to the Probation Office in the Northern District of New York within 72 hours of his release.

This the 13 day of October, 2011.

TERRENCE W. BOYLE
United States District Judge